**Willie G. McCURRY, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 46293.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 19, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1983.

Application to Transfer Denied
Oct. 18, 1983.

Henry Robertson, St. Louis, for movant-appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

This is an appeal from a denial, after an evidentiary hearing, of a Rule 27.26 motion. Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Clyde JOHNSON, Appellant.**

No. 46377.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 19, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Denied Sept. 1, 1983.

Application to Transfer Denied
Oct. 18, 1983.

Robert J. Maurer, Asst. Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

## ORDER

PER CURIAM:

Defendant appeals from his conviction, after a jury trial, of robbery in the first degree for which he was sentenced to twenty-five years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).